# Exhibit 3



June 14, 2019

**Via Overnight Mail**

Sid Eibl Von Rospeunt
President
High Country Dealerships, Inc.
200 Pineola Street
Newland, North Carolina 28657

Re:     Notice of Default

Dear Sid Eibl Von Rospeunt:

Reference is made to that certain loan and security agreement dated March 13, 2017 (as amended from time to time, the "**Agreement**") by and between TCF Inventory Finance, Inc. ("**Lender**") and High Country Dealerships, Inc. ("**Dealer**"). Capitalized terms used herein shall have the same meanings as in the Agreement unless otherwise defined herein.

You are hereby notified that Dealer is in Default under the Agreement by its failure to pay the following when due:

| | | |
|---|---|---|
| **$41,815.52** | Principal payments due including | |
| | $41,815.52 | Sold and unpaid items. |
| | $0.00 | Due in Full items. |
| | $0.00 | Scheduled payments due as of |
| | $0.00 | Curtailment payments due as of |
| **$0.00** | Interest, late fees or other charges as of the billing statement dated | |
| **$41,815.52** | **TOTAL AMOUNT PAST DUE** | |

Please pay the Total Amount Past Due by **June 21, 2019**. If this past due indebtedness is not paid in full by such date, Lender reserves the right to declare the total outstanding Indebtedness of Dealer immediately due and payable and to terminate the Agreement. Your account will remain on hold until further notice.

Lender hereby reserves all other rights and remedies available to it under the Agreement, any guarantee and applicable law including without limitation, the right to recover attorneys' fees, costs and expenses. By copy of this Notice, each guarantor is hereby notified of the matters herein and any demand made upon Dealer is also made upon each guarantor.

If you have any questions regarding the above, please contact the undersigned at (847) 330-5482.

Sincerely,

TCF Inventory Finance, Inc.

By:     *Joel Magana*
Name & Joel Magana
Title:  Customer Relationship Analyst II

cc: **Via Overnight Mail**

| Guarantor Name | Street | City | State/Province | Zip / Postal Code |
|---|---|---|---|---|
| Sid Eibl Von Rospeunt | 4502 South Ocean Boulevard | Highland Beach | Florida | 33487 |

Notice of Default (High Country 6.14.19)

TCF INVENTORY FINANCE, INC. | P.O. BOX 59376 | SCHAUMBURG • IL 60159-0376