# Exhibit 4


**tcf** inventory finance

July 25, 2019

**Via Overnight Mail**

Sid Eibl Von Rospeunt
President
High Country Dealerships, Inc.
200 Pineola Street
Newland, North Carolina 28657

Re:   Notice of Acceleration of Indebtedness

Dear Sid Eibl Von Rospeunt:

Reference is made to that certain loan and security agreement dated March 13, 2017 (as amended from time to time, the "**Agreement**") by and between TCF Inventory Finance, Inc. ("**Lender**") and High Country Dealerships, Inc. ("**Dealer**"). Capitalized terms used herein shall have the same meanings as in the Agreement unless otherwise defined herein.

You are hereby notified that Dealer remains in Default under the Agreement by its failure to cure the past due amount(s) of **$41,815.52** described in the Notice of Default sent to Dealer dated June 14, 2019 and for failure to maintain the Collateral at an approved location. Therefore, Lender hereby declares all Indebtedness immediately due and payable and demands immediate payment in full of Dealer's entire outstanding Indebtedness under the Agreement, which consists of the following:

| | |
|---|---|
| $358,328.47 | Principal owed |
| $0.00 | Interest, late fees or other charges as of the billing statement dated June 30, 2019 |
| $358,328.47 | **TOTAL AMOUNT DUE** |

The Total Amount Due is as of the date hereof or as otherwise specified and is subject to additional Charges, Fees and Terms under the Agreement. Lender will not issue any further Approvals on behalf of Dealer. Pursuant to the Agreement, Lender requests that Dealer cease selling or otherwise disposing of the Collateral and assemble the Collateral for Lender. Attached is a Voluntary Surrender for your review. If you wish to sign the Voluntary Surrender, please do so and we will make the necessary arrangements to pick up the Collateral.

Lender hereby reserves all other rights and remedies available to it under the Agreement, any guarantee and applicable law including without limitation, the right to recover attorneys' fees, costs and expenses. By copy of this Notice, each guarantor is hereby notified of the matters herein and any demand made upon Dealer is also made upon each guarantor.

If you have any questions regarding the above, please contact the undersigned at (847) 330-5482.

Sincerely,

TCF Inventory Finance, Inc.

By: *Joel Magana*
Name & Joel Magana,
Title:    Customer Relationship Analyst II

cc: **Via Overnight Mail**

| Guarantor Name | Street | City | State/Province | Zip / Postal Code |
|---|---|---|---|---|
| Sid Eibl Von Rospeunt | 4502 South Ocean Boulevard | Highland Beach | Florida | 33487 |

Notice of Acceleration (High Country 7.25.19)

**tcf** inventory finance

**Voluntary Surrender**

The undersigned ("Dealer") hereby acknowledges to TCF Inventory Finance, Inc. ("**Lender**") that it is in default under the loan and security agreement and related documents executed by Dealer with or in favor of Lender ("**Loan Documents**"). Lender hereby accelerates the amounts due under the Loan Documents, and all such liabilities and indebtedness are now due and payable in full. Dealer hereby releases and surrenders possession of collateral granted as security by Dealer to Lender, including all inventory described in the attached Schedule. Dealer acknowledges that it shall continue to be bound by the terms and conditions of the Loan Documents and shall be liable to Lender for any deficiency remaining after disposition of the collateral.

Facsimile and electronically scanned signatures of this Voluntary Surrender shall have the same force and effect as original signatures. This Voluntary Surrender shall also be for the benefit of successors and assigns of Lender.

Executed on this _____ day of _____, 20\_\_\_.

DEALER: High Country Dealerships, Inc.

By: _____
Print Name: Sid Eibl Von Rospeunt
Print Title: President

Address:
200 Pineola Street
Newland, North Carolina 28657

Voluntary Surrender (High Country 7.25.19)

## Schedule to Voluntary Surrender

| Make | Model No. | Serial No. |
|---|---|---|
| Ariens Company | 99620100 | 170119 |
| Ariens Company | 91520400 | 40391 |
| Ariens Company | 91520600 | 40457 |
| Ariens Company | 99620000 | 170139 |
| Ariens Company | 91521200 | 8438 |
| Ariens Company | 99116400 | 26050 |
| Ariens Company | 99116400 | 26053 |
| Ariens Company | 99116400 | 26049 |
| Ariens Company | 99116400 | 26056 |
| Ariens Company | 99116200 | 35076 |
| Ariens Company | 99116200 | 35148 |
| Ariens Company | 99116200 | 25041 |
| Ariens Company | 99116200 | 35051 |
| Ariens Company | 91525000 | 81118 |
| Ariens Company | 91523000 | 80556 |
| Ariens Company | 91523000 | 80936 |
| Ariens Company | 99620100 | 170111 |
| Intimidator UTVs | A7BS2_Short____KC800G_CAMOR_18 | A7BS2B2C4JB004438 |
| Intimidator UTVs | A7BC5_CREW_____TG1K_G_GREY__19 | A7BC511M4KB005042 |
| Intimidator UTVs | A7BB5_____TG1K_G_ODG___19 | A7BB5B1G8KB005041 |
| Intimidator UTVs | A7BC2_Crew_____KC800G_BLACK_19 | A7BC2X2BXKB004504 |
| Intimidator UTVs | A7BS5_Short____TG1K_G_ORANG_18 | A7BS522R3JB004345 |
| Spartan Mowers | SZPR1_SZPRO_54_KC747G_GREY__18 | SZPR154747KC6JB016005 |
| Spartan Mowers | SZPR1_SZPRO_54_KC747G_GREY__18 | SZPR154747KC8JB016004 |
| Spartan Mowers | SZHD1_SZHD__54_KW730G_GREY__19 | SZHD154730KWXKB020666 |
| Spartan Mowers | SRPR1_SRPRO_54_KW730G_GREY__19 | SRPR154730KW0KB020646 |
| Spartan Mowers | SRHD1_SRHD__54_VG810G_GREY__19 | SRHD154810VGXKB020632 |
| Spartan Mowers | SRPR1_SRPRO_54_BS810G_GREY__19 | SRPR154810BS9KB020633 |
| Spartan Mowers | SZRZ1_SZ____54_BS724G_GREY__19 | SZRZ154724BS1KB023396 |
| Spartan Mowers | SZHD1_SZHD__54_KW730G_GREY__19 | SZHD154730KW4KB020669 |
| Spartan Mowers | SZHD1_SZHD__54_KW730G_GREY__19 | SZHD154730KW6KB020668 |
| Spartan Mowers | SZH48_SZ____48_KW730Z_GREY__19 | SZH4848730KW1KB020656 |
| Spartan Mowers | SZRZ1_SZ____54_BS724G_GREY__19 | SZRZ154724BS3KB023476 |
| Spartan Mowers | SRPR1_SRPRO_54_KW730G_GREY__19 | SRPR154730KW2KB020645 |
| Spartan Mowers | SZRZ1_SZ____54_BS724G_GREY__19 | SZRZ154724BS0KB023472 |
| Spartan Mowers | SZRZ1_SZ____54_BS724G_GREY__19 | SZRZ154724BSXKB023478 |
| Spartan Mowers | SZH48_SZ____48_KW730Z_GREY__19 | SZH4848730KWXKB020657 |
| Spartan Mowers | SRHD1_SRHD__54_VG810G_GREY__19 | SRHD154810VG1KB020631 |
| Spartan Mowers | SZH48_SZ____48_KW730Z_GREY__19 | SZH4848730KW3KB020655 |
| Spartan Mowers | SRPR1_SRPRO_54_KC747G_GREY__18 | SRPR154747KC5JB015986 |
| Spartan Mowers | SMHD1_SMHD__54_VG896G_GREY__18 | SMHD154896VGXJB015977 |