# Exhibit 5



## Voluntary Surrender

The undersigned ("Dealer") hereby acknowledges to TCF Inventory Finance, Inc. ("**Lender**") that it is in default under the loan and security agreement and related documents executed by Dealer with or in favor of Lender ("**Loan Documents**"). Lender hereby accelerates the amounts due under the Loan Documents, and all such liabilities and indebtedness are now due and payable in full. Dealer hereby releases and surrenders possession of collateral granted as security by Dealer to Lender, including all inventory described in the attached Schedule. Dealer acknowledges that it shall continue to be bound by the terms and conditions of the Loan Documents and shall be liable to Lender for any deficiency remaining after disposition of the collateral.

Facsimile and electronically scanned signatures of this Voluntary Surrender shall have the same force and effect as original signatures. This Voluntary Surrender shall also be for the benefit of successors and assigns of Lender.

Executed on this _12_ day of _AUGUST_, 20_19_.

DEALER: High Country Dealerships, Inc.

By: _____
Print Name: Sid-Eibl Von Rospeunt
Print Title: President

Address:
200 Pineola Street
Newland, North Carolina 28657

Voluntary Surrender (High Country 7.25.19)